UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMIN LAKHANI,<br>Plaintiff,<br>vs.<br><br>CGI 55MM, LLC and MILLE HOSPITALITY, LLC d/b/a MOTEK GABLES,<br>Defendant(s). | Case No: 24-cv-23704-RAR |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, AMIN LAKHANI, and Defendant, MILLE HOSPITALITY, LLC d/b/a MOTEK GABLES, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,


s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
*Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
*Attorney for Defendant*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com